ACCEPTED
12-15-00078-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/1/2015 1:54:15 PM
CATHY LUSK
CLERK

## NO. 12-15-00078-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| **VS.** | § | **12TH COURT** | 7/1/2015 1:54:15 PM |
| | § | | CATHY S. LUSK |
| **BRANDON PAUL COUCH** | § | **OF APPEALS** | Clerk |

## <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Brandon Paul Couch, Appellant in the above styled and numbered cause, and moves this Court to grant this Motion to Extend Time to File Appellant's Brief and for good cause shows the following:

1. This case is on appeal from the 354th Judicial District Court of Rains County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. BRANDON PAUL COUCH</u>, and numbered 5354.

3. Appellant was convicted of Murder.

4. Appellant was assessed a sentence of forty years on March 26, 2015.

5. Notice of appeal was given on March 26, 2015.

6. The reporter's record was filed on May 25, 2014.

7. Appellant's Brief was due on June 24, 2014.

9. Appellant's attorney on appeal did not calendar the due date for Appellant's brief due to a misunderstanding regarding the Court's notification

procedure.

10.   Appellant's attorney on appeal assumed in error that this Court would send notification of the due date for Appellant's brief based on the customary practice of other courts of appeal in which he has practiced.

11.   Appellant's attorney on appeal should have calculated, on his own, the due date based on the filing of the Reporter's Record and the Clerk's Record instead of waiting on the Court to notify him of the due date.

12.   The error on the part of Appellant's attorney was unintentional and not due to a conscious disregard for the deadline or for the purposes of delay, but instead because of not being familiar with the Court's internal procedures.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704

By: /s/ Martin Braddy
    Martin Braddy
    State Bar No. 00796240

martin.braddy@verizon.net
Attorney for Brandon Couch

## CERTIFICATE OF SERVICE

This is to certify that on July 1, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Rains County, Texas.

/s/ Martin Braddy
Martin Braddy